State v. LaRue

---

shoes worn by defendant at the time of his arrest. These shoes conformed to the description Hooker gave of the robber's footgear.

Defendant's motion for nonsuit was denied, and he elected not to offer evidence. The jury returned a verdict of guilty, and defendant appealed.

*Attorney General Morgan, by Assistant Attorney General Webb, for the State.*

*Jennette, Morrison and Austin, by John S. Morrison, for defendant appellant.*

---

STATE OF NORTH CAROLINA v. BRADY JACK LaRUE

No. 7423SC517

(Filed 3 July 1974)

APPEAL from *Rousseau, Judge,* 8 March 1974 Session of WILKES County Superior Court. Argued in the Court of Appeals 20 June 1974.

Defendant pled guilty to involuntary manslaughter at the 6 August 1973 Session of Wilkes County Superior Court and was given a sentence of four to seven years suspended for five years, and was placed on probation. It appears of record that one of the conditions of defendant's probation was that he "violate no penal law of any state or the Federal Government and be of general good behavior." On 2 November 1973, in Wilkes County District Court, he pled guilty to the crime of larceny.

On 8 March 1973, after proper notice to defendant and a hearing at which defendant was represented by counsel, Judge Rousseau entered judgment revoking defendant's probation. Defendant was ordered to begin serving the four to seven year sentence previously imposed for involuntary manslaughter.

*Attorney General Morgan, by Assistant Attorney General Lloyd, for the State.*

*Porter, Conner and Winslow, by Douglas L. Winslow, for defendant appellant.*

MORRIS, Judge.

Defendant concedes that he is unable to find error in the proceedings in the Superior Court. After a thorough review of the record, we conclude that defendant was represented by competent counsel and that he received a fair and impartial hearing, free from prejudicial error.

No error.

Judges VAUGHN and BALEY concur.